RON S. HOCHBAUM, CSBN 282344
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA 94705
(510) 540-0878 x 321 tel
(510) 540-0403 fax
rhochbaum@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA DEANN JOHNSON, | ) |
| Plaintiff, | ) Civil No. 4:12-cv-05291-DMR |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her Motion for Summary Judgment be extended from April 2, 2013 to May 2, 2013. This is Plaintiff's second request for an extension of time to file her Motion for Summary Judgment. Plaintiff needs the additional time to further review the documents submitted by Defendant and to prepare the Motion in this matter due to a heavy workload, despite due diligence. Counsel apologizes to the Court for any inconvenience caused by this delay.

///

///

///

///

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 Dated: March 27, 2013 | |
| 3 | /s/ Ron S. Hochbaum |
| 4 | RON S. HOCHBAUM<br>Attorney for Plaintiff |
| 5 | |
| 6 Dated: March 27, 2013 | |
| 7 | MELINDA L. HAAG<br>United States Attorney |
| 8 | |
| 9 | /s/ Paul Sachelari |
| 10 | PAUL SACHELARI<br>Special Assistant United States Attorney |
| 11 | Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Extend Time – 4:12-cv-05291-DMR