UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA DEANN JOHNSON, | No. C-12-05291 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant(s). | |

Plaintiff's Motion for Summary Judgment was filed on May 2, 2013 ("Motion"). Docket No. 23. Pursuant to Civil Local Rule 7-3, any brief in opposition to the Motion was due on May 16, 2013, but no such opposition has been received. **Defendant is ordered to respond by June 5, 2013 and show cause for his failure to respond** to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by June 5, 2013, Plaintiff's motion may be granted.

IT IS SO ORDERED.

Dated: May 29, 2013

DONNA M. RYU
United States Magistrate Judge