MELINDA L. HAAG
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LATOYA DEANN JOHNSON, | No. 4:12-cv-05291-DMR |
| Plaintiff, | |
| vs. | **STIPULATION FOR AWARD OF EAJA FEES** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of  SIX THOUSAND DOLLARS AND 00/100 ($6,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to

any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, to be made directly to the Homeless Action Center, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees connection with this action.

Respectfully submitted,

Dated: October 18, 2013

  /s/ Ron S. Hochbaum*
RON S. HOCHBAUM
Attorney for Plaintiff
(*by email authorization)

MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel

Date: October 22, 2013        By:    /s/ Paul Sachelari
PAUL SACHELARI
Special Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:
 October 23, 2013

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE